UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW L. WHITE,<br><br>    Petitioner,<br><br>    v.<br><br>DAVE DAVEY,<br><br>    Respondent. | No. 2:14-cv-1427-EFB P<br><br>ORDER |

On December 22, 2016, petitioner's application for a writ of habeas corpus was denied. Judgment was entered accordingly. Notwithstanding that judgment closing this case, on March 7, 2017, petitioner filed a motion to stay and abey, ECF No. 38.

The court takes no action on petitioner's filing as this case is now closed. Petitioner is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: March 9, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE